NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

COREY BROWN,                              )
                                          )
          Appellant,                      )
                                          )
v.                                        )          Case No. 2D17-3377
                                          )
STATE OF FLORIDA,                         )
                                          )
          Appellee.                       )
_____)

Opinion filed April 4, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Manatee County; Hunter W. Carroll, Judge.

PER CURIAM.

          Affirmed.

NORTHCUTT, KHOUZAM, and MORRIS, JJ., Concur.